**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 649 MAL 2021

:

Respondent   :

:   Petition for Allowance of Appeal

:   from the Order of the Superior Court

v.   :

:

:

GARY LEE GERBER JR.,   :

:

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.